IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDTRONIC VASCULAR, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORDIS CORPORATION, et al., <br><br> Defendants. | C. A. 97-700-SLR |
| BOSTON SCIENTIFIC CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ETHICON, INC., et al., <br><br> Defendants. | C.A. No. 98-19-SLR |
| CORDIS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BOSTON SCIENTIFIC CORPORATION, et al., <br><br> Defendants. | C.A. No. 98-197-SLR |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Scott B. Howard, Kathleen M. Crotty, Christopher M.P. Jackson, Wendy Kemp Akbar, Catherine A. Williams, and Eric I. Harris to represent Cordis Corporation and its related parties in the above matters. Pursuant to this Court's Standing Order effective January 1, 2005, I hereby certify that the annual fees for each of the attorneys listed above previously have been paid.

ASHBY & GEDDES

*[signature]* (#2403)

Steven J. Balick (I.D. # 2114)
John G. Day (I.D. # 2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888

*Attorneys for Cordis Corporation and its related parties*

Dated: March 1, 2005
153930.1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

_____
Chief Judge

Date:

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Scott B. Howard
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, N.Y. 10036
212 336-2000]

Dated:

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *[signature]*
Kathleen M. Crotty
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
212-336-2000

Dated: February 21, 2005

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Christopher M.P. Jackson
Patterson, Belknap, Webb & Tyler
1133 Avenue of the Americas
New York, NY 10036
212 336 2000

Dated: February 11, 2005

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of New York State and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Wendy Kemp Akbar
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Dated: February 11, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: *Catherine A. Williams*
Catherine A. Williams
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Dated: February 15, 2004

111461.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Eric I. Harris
Johnson & Johnson
1 Johnson & Johnson Plaza
New Brunswick, NJ 08933
(732) 524-2444

Dated: February 23, 2005

111461.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2005 the attached **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801 | <u>**VIA ECF FILE AND SERVE**</u> |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | <u>**VIA FEDERAL EXPRESS**</u> |

/s/ John G. Day
John G. Day