AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

Cordis

V.

BSC/Scimed

## EXHIBIT AND WITNESS LIST

Case Number: 97-550-SLR
98-19-SLR
98-197-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Steve Balick, Esq. | Josy Ingersoll, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/17/05-3/18/05, 3/21-3/24/05 | V. Gunning | Iassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 7550 | | 3/17/05 | | ✓ | Picture of Palmaz Shatz Stent (Fischell) |
| 2940 | | | | ✓ | Physical - Palmaz Schatz Stent |
| 3262A | | | | ✓ | Picture of BX Velocity Stent |
| 11010 | | | | ✓ | Monograph (Palmaz) |
| 3641 | | | | ✓ | Program Book - The Third Annual Course on Diag... |
| 3658 | | | | ✓ | Letter to Palmaz from Rosenbloth 2/2/83 |
| 3 | | | | ✓ | U.S. Patent '762, Palmaz |
| 3768 | | | | ✓ | Letter from Reed to Roman 3/5/86 |
| 7707 | | | | ✓ | Picture Palmaz Stent |
| 7607 | | | | ✓ | Website - Presidential Award Ceremony 2003 |
| 7605 | | | | ✓ | Surfacts in Biomaterials Spring 2004 |
| 7611 | | | | ✓ | Website - 1/18 15th Annual ISET |
| 7618 | | | | ✓ | Website - ISE'S Night of Honors + Gala |
| 3642 | | | | NO | Invoice - 8/22/79 |
| 3643 | | | | NO | Invoice - 10/24/79 |
| 3644 | | | | NO | 8/24/79 - Invoice |
| 3645 | | | | NO | Invoice 9/10/79 |
| | 4507 | | | NO | The University of TX Health Science Center |
| 1137 | | | | NO | Report of Invention - Request Release to file... |
| 1126 | | | | NO | 5/17/85 Letter to Emhardt, J.P. |
| | 15146 | 3/18/05 | | ✓ | Clinical Use of the Palmaz-Schatz Intracoronary Stent |
| | 15020 | | | ✓ | Intravascular Stents: Basic Physical + Biological Properties |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Cordis vs. BSC/SciMed — CASE NO. 97-550-SLR, 98-19SLR, 98-197-SLR

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 15147 | 3/18/05 | | ✓ | U.S. Patent '443, Barone et al. 1/1/94 (Palmaz) |
| | 15019 | | | ✓ | Palmaz Research Project - Expandable Vascular Endo Prosthesis |
| (95) | 15004 | | (admitted 3/21/05) | ✓ | U.S. Patent '794, Ersek |
| 186 | | | | ✓ | Device that Opens Clogged Arteries Gets a Failing... (Croce) |
| | 15355 | | | ✓ | BX Velocity Stent w/ Raptor Over-the-Wire Delivery System Instructions for use |
| | 15352 | | ✓ | | BX Velocity - Product Information Portfolio |
| 7687 | | | | ✓ | License Agreement - Abbott Labs. / Cordis |
| 188 | | | | ✓ | Article: "Crackers, Breakers, Stretchers, Drillers" (Buller) |
| 193 | | | | ✓ | U.S. Patent '568, Gianturco, 4/8/86 |
| 638 | | | | ✓ | U.S. Patent '569, Dotter, 3/12/85 |
| 3219 | | | | ✓ | U.K. Patent Application GB 2,135,585A |
| 185 | | | | ✓ | Editorial - New England Journal - "Coronary-Artery Stents..." |
| 884 | | | | ✓ | Article: Kunz, Baim "Defining Coronary Restenosis" |
| 7075 | | | | ✓ | Supplement to Circulation, Vol. 88 #4, Part 2 |
| 225 | | | | ✓ | Intracoronary Stenting, from concept to custom |
| 227 | | | | ✓ | 8/25/94 - "A Comparison of Balloon-Expandable" |
| 228 | | | | ✓ | A Randomized Comparison of Coronary Stent... |
| 1 | | | | ✓ | U.S. Patent '665, Palmaz, 3/29/88 |
| 3251A | | | | ✓ | Picture - Stent |
| 3251B | | | | ✓ | Picture - Stent |
| 3251C | | | | ✓ | Picture - Stent |
| 3251D | | | | ✓ | Picture - Stent |
| 7207 | | | | ✓ | Handbook of Coronary Stents |
| 7236 | | | | ✓ | NIR Stent Strut Thickness Measurements |
| 7236A | | | Demonstrative | | NIR Stent Strut Thickness Measurements |
| 339 | | | | ✓ | BSC Engineering Drawings |
| 75426 | | | | ✓ | Picture |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Cordis vs. BSC/Scimed — CASE NO. 97-550-SLR, 98-19, 98-197

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 7514A | | 3/18/05 | | ✓ | Picture (Buller) |
| 7542C | | | | ✓ | Picture |
| 7542I | | | | ✓ | Picture |
| 7542D | | | | ✓ | Picture |
| 3788 | | | | ✓ | Picture |
| 2846 | | | | ✓ | CE Registration, Medical Device Directive... |
| 3796 | | | | ✓ | Physical - NIR Stent, orange box |
| 4 | | | | ✓ | Re-examination Certificate |
| 277 | | | | ✓ | Handbook - Coronary Stenting Current Perspectives |
| 3810 | | | | ✓ | Endoluminal Stenting |
| 3801 | | | | ✓ | Interventional Cardiovascular Medicine |
| 95 | | | (admitted as 15004) | | U.S. Patent, Ersek, '744 |
| 4042 | | | | ✓ | Declaration of Andros |
| 14 | | | | ✓ | File History for U.S. Patent '762 |
| 7216 | | | | ✓ | 1984 Radiology program Nov/1984 |
| 101 | | | | ✓ | Expandable Intraluminal Graft: A Preliminary Study |
| 3093 | | | | ✓ | Percutaneous Endovascular Stents: An Experimental Evaluation |
| 611 | | | | ✓ | RSNA Scientific Program - Nov/1985 |
| 207 | | | | ✓ | Flexible Balloon-expanded Stent for Small Vessels |
| 194 | | | | ✓ | U.S. Patent '882, Gianturco 1/31/89 |
| 7691 | | | | ✓ | Palmaz-Schatz, Bx Velocity, Cypher - picture |
| 12 | | 3/21/05 | | ✓ | Re-examination vol. 1 File wrapper '762 |
| 13 | | | | ✓ | File wrapper vol. 2 '762 |
| 15211 | | | | ✓ | Coronary stenting - current perspectives |
| | 15177 | | | ✓ | orange handbook - Third Edition |
| | 15335 7 | | ✓ | | Expanded Metal |
| | 15358 | | ✓ | | Expanded Metal in Frame |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

Cordis vs. BSC / Scimed — CASE NO. 97-550-SLR, 98-19, 98-197

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 15006 | 3/21/05 | | ✓ | Abstract - Expandable Intraluminal Graft (Buller) |
| 7819 | | | ID ✓ | | (Laviolette) |
| | 15368 | | | ✓ | picture - (Richter) |
| | 15246 | | | ✓ | physical exhibit - orange box |
| | 15061 | | | ✓ | Picture - BSci 10 Nov 2000 |
| | 15063 | | | ✓ | BScientific 25 Feb 2000 - Picture |
| | 15068 | | | ✓ | 24118587 emb 3.5 X 16 mm NIR Primo Picture |
| | 15373 | | | ✓ | 24118269 emc Expanded 1514628 - Picture |
| | 15375 | | | ✓ | Picture 24118269 ema Expanded - Picture |
| | 15370 | | | ✓ | Medinol, NIR etched in a flat sheet + folded... |
| | 15114 | | | ✓ | Handbook of Coronary Stents - 2nd edition |
| | 15055 | | | ✓ | Picture BSC 10 NOV 2000 |
| | 15070 | | | ✓ | Picture - 24118587 emc 3.5x16 mm NIR primo |
| 7803 | | 3/22/05 | | ✓ | Internal BSC doc. - Competitive Testing |
| 7801 | | | | ✓ | Memo - Taylor 27 Oct 98 NIR on FAR strut width + thickness |
| 3720A | | | | ✓ | Medinol Chapter IV NIR Manufacturing & features |
| | 15357 | | OBJ | ✓ | Brochure In-model at - Dexmet Difference (Snyder) |
| | 15358 | | ✓ | OBJ | Brochure in - model at |
| | 15010 | | | ✓ | picture |
| | 15292 | | | ✓ | picture |
| | 15011 | | | ✓ | picture |
| | 15012 | | | ✓ | picture |
| | 15013 | | | ✓ | picture |
| | 15014 | | | ✓ | picture - exhibit C5 |
| | 15276 | | | ✓ | picture |
| | 15280 | | | ✓ | picture |
| | 15016 | | | ✓ | picture exhibit C7 |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. BSC

CASE NO. 97-550-SLR, 98-19, 98-197

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 15250 | 3/22/05 | | ✓ | picture 2500 3957 ema (Snyder) |
| | 15253 | | | ✓ | picture 2500 3957 emd |
| | 15263 | | | ✓ | picture |
| | 15305 | | | ✓ | picture |
| | 15168 | | Demonstrative | OBJ NO | Sample Stent – Demonstrative |
| | 15083 | | | ✓ | picture |
| | 15050 | | | ✓ | picture |
| | 15054 | | | ✓ | picture |
| | 15061 | | | | already in under Richter |
| | 15078 | | | ✓ | picture 2411585 eme |
| | 15067 | | | ✓ | picture – 2411587 |
| | 15069 | | | | already admitted under Richter |
| | 15070 | | | | already admitted under Richter |
| 7800 | | | | ✓ | Dimensional Inspection of NIR Stent C-stent |
| 7686 | | | ✓ | | expanded metal |
| 7270 | | | ✓ | | Ersek's CV |
| 7608 | | | ✓ | | (Lcw) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |