IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON SCIENTIFIC CORPORATION, )<br>and SCIMED LIFE SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | Case No. 98-197-SLR |

**BSC'S MOTION FOR ENTRY OF JUDGMENT**

Defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC") hereby respectfully move for entry of judgment against plaintiff Cordis Corporation ("Cordis").

The grounds for the motion are the jury verdict, dated December 11, 2000 (D.I. 182), and the Court's Memorandum Opinion and Order, dated March 28, 2002 (D.I. 255; D.I. 256).

Counsel for BSC certifies pursuant to D. Del. Local Rule 7.1.1 that they have conferred with counsel for Cordis about the motion and the judgment but have been unable to reach agreement at this time.

For the Court's convenience, a proposed judgment is attached hereto.

Respectfully submitted,

April 14, 2005                By:  _____
                                  Josy W. Ingersoll (I.D. #1088)
                                  Karen E. Keller (I.D. #4489)
                                  YOUNG CONAWAY STARGATT &
                                    TAYLOR, LLP
                                  The Brandywine Building
                                  1000 West Street, 17th Floor
                                  Wilmington, Delaware 19899-0391
                                  (302) 571-6600

                                  Attorneys for Defendants
                                  BOSTON SCIENTIFIC CORPORATION,
                                  and BOSTON SCIENTIFIC SCIMED, INC.
                                  (formerly SCIMED LIFE SYSTEMS, INC.)

Of Counsel:

George E. Badenoch
Charles R. Brainard
Walter E. Hanley, Jr.
Mark A. Chapman
Huiya Wu
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 98-197-SLR |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| and SCIMED LIFE SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT IN A CIVIL CASE

Pursuant to the jury verdict, dated December 11, 2000 (D.I. 182), and the Court's Memorandum Opinion and Order, dated March 28, 2002 (D.I. 255; D.I. 256):

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC") and against Cordis Corporation ("Cordis") that United States Patent No. 5,643,312 (the "'312 patent") and United States Patent No. 5,879,370 (the "'370 patent") are unenforceable due to inequitable conduct;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis that BSC does not infringe, induce infringement of, or contributorily infringe claim 21 of the '312 patent and claims 25 and 26 of the '370 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis that claim 26 of the '312 patent is invalid;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC that BSC has not proven that claim 21 of the '312 patent and claim 25 of the '370 patent are invalid;

IT IS FURTHER ORDERED AND ADJUDGED that Cordis's complaint be and is hereby dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to Fed. R. Civ. P. 54(d)(1) and D. Del. L.R. 54.1, Cordis shall pay BSC its costs incurred in defending Cordis' claims based on the '312 and '370 patents.

Dated: _____, 2005

_____
United States District Judge


_____
(By) Deputy Clerk

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on April 14, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE 19899

I further certify that on April 14, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Michael J. Timmons, Esquire
>Patterson, Belknap, Webb & Tyler, LLP
>1133 Avenue of the Americas
>20th Floor
>New York, NY 10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Karen E. Keller_
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Boston Scientific Corporation
and Scimed Life Systems, Inc.

WP3:1093545.1                                                                53480.1001