IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 98-197-SLR |
| ) | |
| BOSTON SCIENTIFIC ) | |
| CORPORATION and SCIMED ) | |
| LIFE SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT AND STIPULATION
REGARDING ENTRY OF JUDGMENT
AND WITHDRAWAL OF MOTION**

WHEREAS, by e-mail dated March 31, 2005, the Court requested that the parties prepare and electronically file a joint report concerning the status of the above action;

WHEREAS, on April 14, 2005, defendants filed a motion for the entry of judgment (D.I. 305) (the "Motion"); and

WHEREAS, the parties have conferred and now have reached agreement upon a proposed form of order of judgment in this case; now therefore,

IT IS HEREBY STIPULATED AND AGREED as follows:

1. The parties jointly request that the Court enter the order of judgment attached hereto as Exhibit A.

2. If the Court approves of and enters the attached form of judgment, then defendants hereby withdraw the Motion and respectfully request that its withdrawal be so noted on the Court's docket.

| | |
|---|---|
| ASHBY & GEDDES | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Steven J. Balick* | */s/ Josy W. Ingersoll* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (#1088) |
| John G. Day (I.D. #2403) | The Brandywine Building |
| 222 Delaware Avenue, 17th Floor | 1000 West Street, 17th Floor |
| P.O. Box 1150 | P.O. Box 391 |
| Wilmington , DE 19801 | Wilmington, DE 19801 |
| 302-654-19899 | 302-571-6672 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

156620.1

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| CORDIS CORPORATION,                )<br>                                                         )<br>                   Plaintiff,                    )<br>                                                         )<br>            v.                                       )<br>                                                         )<br>BOSTON SCIENTIFIC CORPORATION,  )<br>and SCIMED LIFE SYSTEMS, INC.,    )<br>                                                         )<br>                   Defendants.                )<br>                                                         ) | Case No. 98-197-SLR |

**JUDGMENT IN A CIVIL CASE**

Pursuant to the jury verdict, dated December 11, 2000 (D.I. 182), and the Court's Memorandum Opinion and Order, dated March 28, 2002 (D.I. 255; D.I. 256):

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC") and against Cordis Corporation ("Cordis") with respect to the validity of claim 26 of United States Patent No. 5,879,370 (the "'370 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to the enforceability of United States Patent No. 5,643,312 (the "'312 patent") and the '370 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to infringement of claim 21 of the '312 patent and claims 25 and 26 of the '370 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC with respect to the validity of claim 21 of the '312 patent and claim 25 of the '370 patent;

IT IS FURTHER ORDERED AND ADJUDGED that Cordis's complaint be and is hereby dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to Fed. R. Civ. P. 54(d)(1) and D. Del. L.R. 54.1, Cordis shall pay BSC its costs incurred in defending Cordis' claims based on the '312 and '370 patents.

Dated: _____, 2005      _____
                                 United States District Judge


                                 _____
                                 (By) Deputy Clerk