## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 98-197-SLR |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| and SCIMED LIFE SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

Pursuant to the jury verdict, dated December 11, 2000 (D.I. 182), and the Court's Memorandum Opinion and Order, dated March 28, 2002 (D.I. 255; D.I. 256):

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC") and against Cordis Corporation ("Cordis") with respect to the validity of claim 26 of United States Patent No. 5,879,370 (the "'370 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to the enforceability of United States Patent No. 5,643,312 (the "'312 patent") and the '370 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to infringement of claim 21 of the '312 patent and claims 25 and 26 of the '370 patent;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC with respect to the validity of claim 21 of the '312 patent and claim 25 of the '370 patent;

IT IS FURTHER ORDERED AND ADJUDGED that Cordis's complaint be and is hereby dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to Fed. R. Civ. P. 54(d)(1) and D. Del. L.R. 54.1, Cordis shall pay BSC its costs incurred in defending Cordis' claims based on the '312 and '370 patents.

Dated: _____ May 2 _____, 2005

_____
United States District Judge

_____
(By) Deputy Clerk