IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 98-197-SLR |
| ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| and SCIMED LIFE SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER**

WHEREAS on May 2, 2005, the Court entered a final judgment in favor of Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC");

WHEREAS any motion for attorneys' fees and related expenses which BSC may file pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2) would currently be due on or before May 16, 2005;

IT IS HEREBY STIPULATED by Cordis and by BSC, subject to the approval of the Court pursuant to Fed. R. Civ. P. 54(d)(2)(B), that:

1. If Cordis timely appeals the judgment, that:

   a. BSC shall file and serve any motion for attorneys' fees and related expenses pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2), and its opening brief in support of that motion, on or before 30 days after the Federal Circuit issues a mandate in this case;

b.   Cordis shall file and serve its answering brief in opposition to BSC's motion on or before 30 days after BSC files its motion and opening brief;

c.   BSC shall file and serve its reply brief in support of its motion on or before 14 days after Cordis files its answering brief; and

2.   If, in the alternative, Cordis does not timely appeal the judgment, that:

a.   BSC shall file and serve any motion for attorneys' fees and related expenses pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 54(d)(2), and its opening brief in support of that motion, on or before 30 days after the time for appeal has expired;

b.   Cordis shall file and serve its answering brief in opposition to BSC's motion on or before 30 days after BSC files its motion and opening brief;

c.   BSC shall file and serve its reply brief in support of its motion on or before 14 days after Cordis files its answering brief.

AGREED TO:

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven J. Balick | /s/ Karen E. Keller |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Karen E. Keller (I.D. #4489) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| Wilmington, Delaware 19899 | 1000 West Street, 17th Floor |
| (302) 654-1888 | Wilmington, Delaware 19899-0391 |
| | (302) 571-6600 |
| Attorneys for Cordis Corporation | Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc. (Scimed Life Systems, Inc.) |
| Dated: May 12, 2005 | Dated: May 12, 2005 |

SO ORDERED this \_\_\_\_ day of May, 2005

_____
United States District Judge