IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-197-SLR |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION | ) | |
| And SCIMED LIFE SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Please take notice that Cordis Corporation hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in the above action on May 2, 2005 and from all orders by the trial court prior to the entry of judgment.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Cordis Corporation*

*Of Counsel:*

PATTERSON, BELKNAP, WEBB & TYLER LLP
Gregory L. Diskant
Eugene M. Gelernter
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000

Theodore B. Van Itallie, Jr.
Eric I. Harris
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Dated: May 27, 2005
157868.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2005 the attached **NOTICE OF APPEAL** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*
_____
Steven J. Balick