# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 05-1418 - CORDIS CORP V BOSTON SCIENTIFIC

06/06/05
(Date of Docketing)

Appeal from DCT NO. 98-197

United States District Court / District of Delaware

Name of appellant(s): CORDIS CORPORATION

Critical dates for counsel, pro se parties, and the court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
Joint Statement of Compliance with Fed Cir. R. 33.
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Rules of Practice (pro se parties - attorneys must return the form below)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)
Transcript Purchase Order form (Rule 3 appellants)
Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc:    USDC DE
       Josy W. Ingersoll
       Steven J. Balick

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

05-1418

CORDIS CORPORATION,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION
and SCIMED LIFE SYSTEMS, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Delaware in
case no. 98-CV-197, Chief Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

CORDIS CORP v BOSTON SCIENTIFIC, 05-1418

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders.
FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT **RECEIVED**

Appeal Information Sheet

United States District Court for the District of Delaware

**JUN 0 6 2005**

United States Court of Appeals
For The Federal Circuit

Type of Case: PATENT INFRINGEMENT

Caption:    Cordis Corporation V. Boston Scientific, et al

# 05-1418

Plaintiff(s):    Cordis Corporation

Defendant(s):  Boston Scientific Corporation, Scimed Life Systems, Inc.

(List all parties. Use asterisk to indicate dismissed or withdrawn parties.  Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No.98-197 SLR              Date of Judgment/Order:              5/02/05

Cross/Related Appeal:NO

Date of Notice of Appeal:     5/27/05

 Date of Notice of Appeal Docketed: 5/27/05

Appellant is:   Cordis Corporation

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

Fees:   Court of Appeals Docket Fee Paid?

**JUN 0 6 2005**

U.S. Appeal?  Yes

**JAN HORBALY
CLERK**

COUNSEL

(List name, firm, address and telephone number of lead counsel for each party.  Indicate party represented.)

| | |
|---|---|
| John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391 |
| Attorney for Plaintiff | Attorney for Defendant |

COURT REPORTER(S)

(Name and Telephone Number)

Leonard  Dibbs              Phone:  302-573-6195

Kevin Maurer               Phone:  302-573-6196

Valerie Gunning            Phone:  302-573-6194

Brian Gaffigan             Phone:  302-573-6360

IMPORTANT:  Attach copy of opinion and/or order appealed from.  Forward together with a certified copy of notice of appeal and certified copy docket entries.

By: _E. L. Strickler_

Deputy Clerk

Date:    May 31, 2005