IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>Defendants. | Case No. 98-197-SLR |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment entered on May 2, 2005 and from all orders, decisions and rulings prior to the entry of judgment.

Respectfully submitted,

Dated: June 9, 2005         By: /s/ Karen L. Keller
                                Josy W. Ingersoll (I.D. #1088)
                                Karen E. Keller (I.D. #4489)
                                YOUNG CONAWAY STARGATT &
                                 TAYLOR, LLP
                                The Brandywine Building
Of Counsel:                     1000 West Street, 17th Floor
Albert J. Breneisen             Wilmington, Delaware 19899-0391
George E. Badenoch              (302) 571-6600
Charles R. Brainard
Mark A. Chapman                 Attorneys for Defendants
William M. Merone               BOSTON SCIENTIFIC CORPORATION,
KENYON & KENYON                 and BOSTON SCIENTIFIC SCIMED, INC.
One Broadway                    (formerly SCIMED LIFE SYSTEMS, INC.)
New York, New York 10004
(212) 425-7200

## CERTIFICATE OF SERVICE

I, Karen E. Keller, hereby certify that on June 9, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick Esquire
> Ashby & Geddes
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19801

I further certify that on June 9, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

> Michael J. Timmons, Esquire
> Patterson, Belknap, Webb & Tyler
> 1133 Avenue of the Americas
> 20th Floor
> New York, NY  10036

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Boston Scientific Corporation and Scimed Life Systems, Inc.