# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

05-1432 - CORDIS CORP V BOSTON SCIENTIFIC

06/15/05
(Date of Docketing)

Appeal from DCT NO. 98-197 SLR

United States District Court / District of Delaware

Name of cross-appellant(s): BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC.

Critical dates for counsel, pro se parties, and the court include:

Date of docketing, as above (Rules 12 & 15)
Entry of appearance due (Rule 47.3)
Certificate of interest due (Rule 47.4)
**Briefs due (Rule 31). Due date of appellant's brief remains unchanged. "You will not receive a separate briefing schedule from the Clerk's Office".**
Joint Statement of Compliance with Fed Cir. R. 33.
**Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

Official caption (All)
Entry of appearance form (All counsel and pro se parties)
Informal brief form (Pro se parties)

JAN HORBALY, Clerk

cc:   DC DE
      Josy W. Ingersoll
      Steven J. Balick

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: June 15, 2005

Official Caption[1]

05-1418, -1432

CORDIS CORPORATION,

                Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION
and SCIMED LIFE SYSTEMS, INC.,

                Defendants-Cross Appellants.

Appeals from the United States District Court for the District of Delaware in case no. 98-CV-197, Chief Judge Sue L. Robinson.

Authorized Abbreviated Caption[2]

CORDIS CORP v BOSTON SCIENTIFIC, 05-1418, -1432

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet
United States District Court for the District of Delaware

**RECEIVED**
JUN 1 5 2005
United States Court of Appeals
For The Federal Circuit

Type of Case: PATENT INFRINGEMENT

Caption: CORDIS CORPORATION v. BOSTON SCIENTIFIC, ET AL

Plaintiff(s): Cordis Corporation

Defendant(s): Boston Scientific and Scimed Life Systems, Inc.

**05-1432**

(List all parties. Use asterisk to indicate dismissed or withdrawn parties. Explain any discrepancy with caption used on judgment, order or opinion.)

Docket No.   98-197 SLR      Date of Judgment/Order:      5/2/2005

Cross/Related Appeal: YES
Date of Notice of Appeal:   6/9/2005
Date of Notice of Appeal Docketed: 6/9/2005
Appellant is:   Boston Scientific Corporation, Scimed Life Systems, Inc.

Fees:   Court of Appeals Docket Fee Paid? YES

U.S. Appeal?  Yes

COUNSEL
(List name, firm, address and telephone number of lead counsel for each party. Indicate party represented.)

| John G. Day<br>Ashby & Geddes<br>222 Delaware Avenue<br>Wilmington, DE 19899 | Josy W. Ingersoll<br>Young, Conaway, Stargatt, & Taylor<br>1000 West Street, 17th Floor<br>Wilmington, DE 19899 |
|---|---|

Attorneys for Plaintiff                                  Attorneys for Defendant

COURT REPORTER(S)
(Name and Telephone Number)

Leonard Dibbs          Phone: 302-573-6195
Kevin Maurer           Phone: 302-573-6196
Valerie Gunning        Phone: 302-573-6194
Brian Gaffigan         Phone: 302-573-6360

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
JUN 1 5 2005
JAN HORBALY
CLERK

IMPORTANT: Attach copy of opinion and/or order appealed from. Forward together with a certified copy of notice of appeal and certified copy docket entries.

By:  _Evette Watson_
Deputy Clerk

Date:   June 10, 2005