# United States Court of Appeals for the Federal Circuit

05-1418,-1432

CORDIS CORPORATION,

Plaintiff-Appellant,

v.

BOSTON SCIENTIFIC CORPORATION and
SCIMED LIFE SYSTEMS, INC. (now known as Boston Scientific Scimed, Inc.),

Defendants-Cross Appellants.

## JUDGMENT

Appeal from the United States District Court for the District of Delaware in case no. 98-CV-197, Chief Judge Sue L. Robinson.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED IN PART and REMANDED.**

ENTERED BY ORDER OF THE COURT

DATED: JUN 2 9 2006

Jan Horbaly, Clerk

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: Christy Thom  Date: 7/20/06

**ISSUED AS A MANDATE:** JUL 2 0 2006