IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOSTON SCIENTIFIC CORPORATION, )<br>and SCIMED LIFE SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 98-197-SLR |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by plaintiff Cordis Corporation ("Cordis") and defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC"), pursuant to the tele-conference with the Court held on September 12, 2006, and subject to the approval of the Court, that:

1. On or before November 13, 2006, Cordis and BSC shall each file an opening submission of no more than 25 pages that addresses the issues on remand from the Federal Circuit's June 29, 2006 decision in this case; and

2. On or before December 13, 2006, Cordis and BSC shall each file an answering submission of no more than 15 pages.

AGREED TO:

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven J. Balick<br>Steven J. Balick (I.D. #2114)<br>John G. Day (I.D. #2403)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, Delaware 19899<br>(302) 654-1888 | Josy W. Ingersoll (I.D. #1088)<br>Karen E. Keller (I.D. #4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19899-0391<br>(302) 571-6600 |
| Attorneys for Cordis Corporation | Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) |
| Dated: September 19, 2006 | Dated: September 19, 2006 |

SO ORDERED this ____ day of September, 2006

_____
Chief Judge Robinson