# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | |
|---|---|---|
| BEN T. CASTLE | NEILLI MULLEN WALSH | LISA A. ARMSTRONG | TIMOTHY E. LENGKEEK |
| SHELDON N. SANDLER | JANET Z. CHARLTON | JOSEPH M. BARRY | ANDREW A. LUNDGREN |
| RICHARD A. LEVINE | ROBERT S. BRADY | SEAN M. BEACH | MATTHEW B. LUNN |
| RICHARD A. ZAPPA | JOEL A. WAITE | DONALD J. BOWMAN, JR. | JOSEPH A. MALFITANO |
| FREDERICK W. IOBST | BRENT C. SHAFFER | TIMOTHY P. CAIRNS | ADRIA B. MARTINELLI |
| RICHARD H. MORSE | DANIEL P. JOHNSON | KARA HAMMOND COYLE | MICHAEL W. MCDERMOTT |
| DAVID C. MCBRIDE | CRAIG D. GREAR | MARGARET M. DIBIANCA | MARIBETH L. MINELLA |
| JOSEPH M. NICHOLSON | TIMOTHY JAY HOUSEAL | MARY F. DUGAN | EDMON L. MORTON |
| CRAIG A. KARSNITZ | MARTIN S. LESSNER | ERIN EDWARDS | D. FON MUTTAMARA-WALKER |
| BARRY M. WILLOUGHBY | PAULINE K. MORGAN | KENNETH J. ENOS | JENNIFER R. NOEL |
| JOSY W. INGERSOLL | C. BARR FLINN | IAN S. FREDERICKS | ADAM W. POFF |
| ANTHONY G. FLYNN | NATALIE WOLF | JAMES J. GALLAGHER | SETH J. REIDENBERG |
| JEROME K. GROSSMAN | LISA B. GOODMAN | SEAN T. GREECHER | SARA BETH A. REYBURN |
| EUGENE A. DIPRINZIO | JOHN W. SHAW | STEPHANIE L. HANSEN | KRISTEN R. SALVATORE (PA ONLY) |
| JAMES L. PATTON, JR. | JAMES P. HUGHES, JR. | DAWN M. JONES | MICHELE SHERRETTA |
| ROBERT L. THOMAS | EDWIN J. HARRON | RICHARD S. JULIE | MONTÉ T. SQUIRE |
| WILLIAM D. JOHNSTON | MICHAEL R. NESTOR | KAREN E. KELLER | MICHAEL P. STAFFORD |
| TIMOTHY J. SNYDER | MAUREEN D. LUKE | JENNIFER M. KINKUS | CHAD S.C. STOVER (SC ONLY) |
| BRUCE L. SILVERSTEIN | ROLIN P. BISSELL | EDWARD J. KOSMOWSKI | JOHN E. TRACEY |
| WILLIAM W. BOWSER | SCOTT A. HOLT | JOHN C. KUFFEL | MARGARET B. WHITEMAN |
| LARRY J. TARABICOS | JOHN T. DORSEY | KAREN LANTZ | SHARON M. ZIEG |
| RICHARD A. DILIBERTO, JR. | M. BLAKE CLEARY | | |
| MELANIE K. SHARP | CHRISTIAN DOUGLAS WRIGHT | SPECIAL COUNSEL | SENIOR COUNSEL |
| CASSANDRA F. ROBERTS | DANIELLE GIBBS | JOHN D. MCLAUGHLIN, JR. | CURTIS J. CROWTHER |
| RICHARD J.A. POPPER | JOHN J. PASCHETTO | ELENA C. NORMAN | |
| TERESA A. CHEEK | NORMAN M. POWELL | KAREN L. PASCALE | OF COUNSEL |
| | | PATRICIA A. WIDDOSS | BRUCE M. STARGATT |
| | | | STUART B. YOUNG |
| | | | EDWARD B. MAXWELL, 2ND |

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

November 13, 2006

**BY CM/ECF AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Cordis Corporation v. Boston Scientific Corporation and Scimed Life Systems (C.A. 98-197-SLR)* – Proposed Supplemental Findings on Inequitable Conduct

Dear Chief Judge Robinson:

Enclosed for the Court's convenience please find a table of trial exhibits that are cited in BSC's Opening Submission on its Proposed Supplemental Findings on Inequitable Conduct.

Respectfully submitted,

*/s/ Karen E. Keller*

Karen E. Keller (No. 4489)

KEK:mcm
Enclosure

cc: Clerk of Court (by CM/ECF and hand delivery)
   Steve J. Balick, Esq. (by CM/ECF and hand delivery)
   Eugene Gelernter, Esq. (by Federal Express and electronic mail)