| Exhibit No. | Description | Date Admitted |
|---|---|---|
| PX 5000 | U.S. Patent No. 5,643,312 to Fischell | 11/28/2000 |
| PX 5001 | U.S. Patent No. 5,879,370 to Fischell | 11/28/2000 |
| PX 5002 (Tabs 16, 18) | Portions of prosecution history for U.S. Patent No. 5,879,370 | 02/12/2001 |
| PX 5003 (Tabs 20, 25, 29, 30, 33, 36) | Portions of prosecution history for U.S. Patent No. 5,643,312 | 11/28/2000 |
| PX 5044 | European Patent Application No. 0 662 307 A1 to Lam | 02/09/2001 |
| PX 5313 | References cited in EPO search report for European Patent Application No. 95 30 1035 | 02/09/2001 |
| DXB 10004 | EPO search report for European Patent Application No. 95 30 1035 | 02/09/2001 |
| DXB 10045 | U.S. Patent No. 4,856,516 to Hillstead | 11/30/2000 |
| DXB 11021 | July 17, 1995 letter from Mr. Rosenberg to Dr. Fischell | 02/09/2001 |
| DXB 11026 | June 2, 1996 letter from Mr. Rosenberg to Dr. Fischell | 02/12/2001 |
| DXB 11410 | July 12, 1995 letter from Mr. Rosenberg to Mr. Harris | 02/12/2001 |
| DXB 11411 | July 12, 1995 invoice from Mr. Rosenberg to Dr. Fischell | 02/12/2001 |
| DXB 11413 | European Patent Application No. 0 669 114 A1 to Fischell | 02/09/2001 |
| DXB 11414 | November 17, 1995 letter from Mr. Rosenberg to Dr. Fischell | 02/12/2001 |
| DXB 12092 | June 2, 1996 letter from Mr. Rosenberg to Dr. Fischell | 02/09/2001 |