# EXHIBIT A

# USPTO Patent Full-Text and Image Database

[ Home ]  [ Quick ]  [ Advanced ]  [ Pat Num ]  [ Help ]
[ Next List ]  [ Bottom ]  [ View Cart ]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**IN/"Fischell, Robert E":** 123 patents.
*Hits 1 through 50 out of 123*

[ Next 50 Hits ]

[ Jump To ]

[ Refine Search ]  IN/"Fischell, Robert E"

|  | PAT. NO. | Title |
|---|---|---|
| 1 | 7,110,820 | Responsive electrical stimulation for movement disorders |
| 2 | 7,060,088 | Stent with improved flexible connecting links |
| 3 | 7,037,327 | Stent with self-expanding end sections |
| 4 | 7,011,673 | Stent delivery system with a fixed guide wire |
| 5 | 6,985,771 | Rapid response system for the detection and treatment of cardiac events |
| 6 | 6,936,065 | Stent delivery system having a fixed guidewire |
| 7 | 6,783,522 | Implantable catheter having an improved check valve |
| 8 | 6,736,840 | Stent delivery catheter system for primary stenting |
| 9 | 6,716,240 | Stent having a multiplicity of undulating longitudinals |
| 10 | 6,706,061 | Enhanced hybrid cell stent |
| 11 | 6,699,278 | Stent with optimal strength and radiopacity characteristics |
| 12 | 6,647,296 | Implantable apparatus for treating neurological disorders |
| 13 | 6,609,023 | System for the detection of cardiac events |
| 14 | 6,597,954 | System and method for controlling epileptic seizures with spatially separated detection and stimulation electrodes |
| 15 | 6,547,817 | Stent having a multiplicity of undulating longitudinals |
| 16 | 6,540,775 | Ultraflexible open cell stent |
| 17 | 6,534,693 | Surgically implanted devices having reduced scar tissue formation |
| 18 | 6,468,263 | Implantable responsive system for sensing and treating acute myocardial infarction and for treating stroke |
| 19 | 6,459,936 | Methods for responsively treating neurological disorders |

20 6,427,086  Means and method for the intracranial placement of a neurostimulator
21 6,402,678  Means and method for the treatment of migraine headaches
22 6,375,660  Stent delivery system with a fixed guide wire
23 6,360,122  Data recording methods for an implantable device
24 6,354,299  Implantable device for patient communication
25 6,350,226  Radioisotope bandage for reducing scar tissue formation
26 6,315,708  Stent with self-expanding end sections
27 6,272,379  Implantable electronic system with acute myocardial infarction detection and patient warning capabilities
28 6,270,521  Stent delivery catheter system for primary stenting
29 6,230,049  Integrated system for EEG monitoring and electrical stimulation with a multiplicity of electrodes
30 6,221,043  Stent delivery catheter with enhanced balloon shape
31 6,190,403  Low profile radiopaque stent with increased longitudinal flexibility and radial rigidity
32 6,161,045  Method for determining stimulation parameters for the treatment of epileptic seizures
33 6,146,323  Delivery catheter for a radioisotope stent
34 6,134,474  Responsive implantable system for the treatment of neurological disorders
35 6,128,538  Means and method for the treatment of neurological disorders
36 6,120,533  Stent delivery system for a radioisotope stent
37 6,112,116  Implantable responsive system for sensing and treating acute myocardial infarction
38 6,099,455  Radioisotope stent with non-radioactive end sections
39 6,086,604  Stent having a multiplicity of undulating longitudinals
40 6,074,371  Blunt injection needle for a pen-type injector
41 6,061,593  EEG d-c voltage shift as a means for detecting the onset of a neurological event
42 6,017,328  Device for subcutaneous medication delivery
43 6,016,449  System for treatment of neurological disorders
44 6,013,019  Temporary radioisotope stent
45 6,006,124  Means and method for the placement of brain electrodes
46 5,976,153  Stent delivery catheter system
47 5,938,689  Electrode configuration for a brain neuropacemaker
48 5,910,145  Stent delivery catheter system
49 5,879,370  Stent having a multiplicity of undulating longitudinals
50 5,879,282  Catheter having an expandable radioactive source



# USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]
[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**IN/"Fischell, Robert E":** 123 patents.
*Hits 51 through 100 out of 123*

[Prev. 50 Hits]

[Final 23 Hits]

[Jump To]

[Refine Search]   IN/"Fischell, Robert E"

| PAT. NO. | Title |
|---|---|
| 51 | 5,840,009  Radioisotope stent with increased radiation field strength at the ends of the stent |
| 52 | 5,830,227  Balloon angioplasty catheter with enhanced capability to penetrate a tight arterial stenosis |
| 53 | 5,795,286  Radioisotope impregnated sheet of biocompatible material for preventing scar tissue formation |
| 54 | 5,792,172  Multifold balloon for stent deployment |
| 55 | 5,792,144  Stent delivery catheter system |
| 56 | 5,759,174  Angioplasty balloon with an expandable external radiopaque marker band |
| 57 | 5,749,825  Means method for treatment of stenosed arterial bifurcations |
| 58 | 5,743,874  Integrated catheter for balloon angioplasty and stent delivery |
| 59 | 5,735,859  Distally attachable and releasable sheath for a stent delivery system |
| 60 | 5,730,698  Balloon expandable temporary radioisotope stent system |
| 61 | 5,697,971  Multi-cell stent with cells having differing characteristics |
| 62 | 5,695,516  Longitudinally elongating balloon expandable stent |
| 63 | 5,669,932  Means for accurately positioning an expandable stent |
| 64 | 5,643,312  Stent having a multiplicity of closed circular structures |
| 65 | 5,639,274  Integrated catheter system for balloon angioplasty and stent delivery |
| 66 | 5,634,928  Integrated dual-function catheter system and method for balloon angioplasty and stent delivery |

| | | |
|---|---|---|
| 67 | 5,607,442 | Stent with improved radiopacity and appearance characteristics |
| 68 | 5,605,530 | System for safe implantation of radioisotope stents |
| 69 | 5,492,530 | Method for accessing the coronary arteries from the radial or brachial artery in the arm |
| 70 | 5,484,425 | Radiopaque non-kinking thin-walled introducer sheath |
| 71 | 5,423,846 | Dottering auger catheter system |
| 72 | 5,423,774 | Introducer sheath with irregular outer surface |
| 73 | 5,413,561 | Guiding catheter with sealing cap system for reducing blood loss when inserting guiding catheters |
| 74 | 5,409,454 | Apparatus for atherectomy |
| 75 | 5,389,090 | Guiding catheter with straightening dilator |
| 76 | 5,334,187 | Balloon catheter system with slit opening handle |
| 77 | 5,324,262 | Introducer sheath with expandable outer tube and method of use |
| 78 | 5,306,259 | Vascular access needle having an extended length body |
| 79 | 5,295,969 | Vascular access device with air-tight blood containment capability |
| 80 | 5,263,959 | Dottering auger catheter system and method |
| 81 | 5,242,414 | Ergonomic vascular access needle |
| 82 | 5,219,329 | Two-piece percutaneous introducer sheath and method for removing a thrombus |
| 83 | 5,180,376 | Non-buckling thin-walled sheath for the percutaneous insertion of intraluminal catheters |
| 84 | 5,176,617 | Use of a stent with the capability to inhibit malignant growth in a vessel such as a biliary duct |
| 85 | 5,167,644 | Manually sealable introducer sheath |
| 86 | 5,127,902 | Apparatus and method for precisely controlling the excision of obstructive tissue in a human blood vessel |
| 87 | 5,059,166 | Intra-arterial stent with the capability to inhibit intimal hyperplasia |
| 88 | 5,011,490 | Endoluminal tissue excision catheter system and method |
| 89 | 4,941,461 | Electrically actuated inflatable penile erection device |
| 90 | 4,898,575 | Guide wire following tunneling catheter system and method for transluminal arterial atherectomy |
| 91 | 4,886,061 | Expandable pullback atherectomy catheter system |
| 92 | 4,784,660 | Manually actuated hydraulic sphincter having a mechanical actuator |
| 93 | 4,784,645 | Apparatus for detecting a condition of a medication infusion system and providing an informational signal in response thereto |
| 94 | 4,768,507 | Intravascular stent and percutaneous insertion catheter system for the dilation of an arterial stenosis and the prevention of arterial restenosis |
| 95 | 4,765,332 | Pullback atherectomy catheter system |
| 96 | 4,731,083 | Manually actuated hydraulic sphincter |
| 97 | 4,731,051 | Programmable control means for providing safe and controlled medication infusion |
| 98 | 4,730,607 | Stiffener cylinder for an inflatable penile erection device |
| 99 | 4,724,830 | Flow control device for an implantable prosthesis |
| 100 | 4,697,622 | Passive filling device |

# USPTO Patent Full-Text and Image Database

[ Home ] [ Quick ] [ Advanced ] [ Pat Num ] [ Help ]
[ Prev. List ] [ Bottom ] [ View Cart ]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**IN/"Fischell, Robert E":** 123 patents.
*Hits 101 through 123 out of 123*

[ Prev. 50 Hits ]

[ Jump To ]

[ Refine Search ]   IN/"Fischell, Robert E"

| PAT. NO. | Title |
|---|---|
| 101 4,671,261 | Penile erection device with valving in the penile cylinder |
| 102 4,661,097 | Method for clearing a gas bubble from a positive displacement pump contained within a fluid dispensing system |
| 103 4,632,114 | Urethral sphincter cuff |
| 104 4,628,912 | Adjustable root and tip extenders for the stiffener cylinder of a penile erection device |
| 105 4,619,653 | Apparatus for detecting at least one predetermined condition and providing an informational signal in response thereto in a medication infusion system |
| 106 4,596,242 | Method and apparatus for achieving penile erection in a human male |
| 107 4,594,058 | Single valve diaphragm pump with decreased sensitivity to ambient conditions |
| 108 4,573,994 | Refillable medication infusion apparatus |
| 109 4,572,168 | Fully implantable vapor pressure actuated penile erection device and method |
| 110 4,571,749 | Manually actuated hydraulic sphincter |
| 111 4,559,931 | Manually actuated fully implantable penile erection device |
| 112 4,525,165 | Fluid handling system for medication infusion system |
| 113 4,524,773 | Apparatus for inhibiting self-injurious behavior (SIB) in patients |
| 114 4,494,950 | Plural module medication delivery system |
| 115 4,440,160 | Self-injurious behavior inhibiting system |
| 116 4,422,330 | Low susceptibility proof mass for a single axis drag compensation system |
| 117 4,373,527 | Implantable, programmable medication infusion system |
| 118 4,295,474 | Recorder with patient alarm and service request systems suitable for use with automatic implantable defibrillator |

119 4,275,739 T Charge control switch responsive to cell casing deflection
120 4,170,904 T Single-axis disturbance compensation system
121 4,141,365 T Epidural lead electrode and insertion needle
122 4,125,116 T Human tissue stimulation electrode structure
123 4,096,866 T Rechargeable body tissue stimulator with back-up battery and pulse generator

Prev. List | Top | View Cart
Home | Quick | Advanced | Pat Num | Help