# EXHIBIT B

**ipo** Intellectual Property Owners Association

Leading Website for IP News and Information
Serving the Intellectual Property Community in the U.S. and Worldwide

Home  Contact IPO  Join IPO  Logout

Search    GO  Advanc

- About IPO
- IPO Daily News ™
- IP In the Courts
- Legislative & Intl. Issues
- Meetings & Events
  - IPO's Global IP Calendar
  - Submit An Event
  - Browse Past IPO and IPO Education Foundation Meetings & Events
    - IPO Annual Meeting
    - IPO Corporate IP Benchmarking
    - Managing Corporate IP Today Conference
    - **National Inventor Of The Year Award**
    - Patent And Trademark Office Day
    - PTO Appellate And Interference Practice Conference
    - IPO Patent Quality Conference
    - Corporate Patent Department Management Roundtable
    - Demystifying §337 Investigations at the ITC Conference
    - ADR in the IP Context
- Board & Committees
- Membership
- Publications
- IPO's Corporate IP Career Bank ™
- IPO Education Foundation

Member Login

E-mail address

Password

LOGIN

☐ Remember My Login
Forgot your password?
First Time Users Click Here

PRINTER FRIENDLY

EMAIL TO A FRIEND
UPDATE CONTACT INFORMATION

HELP

Home   Meetings & Events   Browse Past IPO and IPO Education Foundation Meetings & Events
··· National Inventor Of The Year Award

## National Inventor Of The Year Award

Past Inventor of the Year Award Winners

Inventor of the Year 2006

Inventor of the Year 2005

Inventor of the Year 2004

Inventor of the Year 2003

Inventor of the Year 2002

Inventor of the Year 2001

Inventor of the Year 2000

Inventor of the Year 1999



# ipo — Intellectual Property Owners Association

Leading Website for IP News and Information
Serving the Intellectual Property Community in the U.S. and Worldwide

Home  Contact IPO  Join IPO  Logout

Search    GO  Advanc

- About IPO
- IPO Daily News ™
- IP in the Courts
- Legislative & Int'l. Issues
- Meetings & Events
  - IPO's Global IP Calendar
  - Submit An Event
  - Browse Past IPO and IPO Education Foundation Meetings & Events
    - IPO Annual Meeting
    - IPO Corporate IP Benchmarking
    - Managing Corporate IP Today Conference
    - **National Inventor Of The Year Award**
    - Patent And Trademark Office Day
    - PTO Appellate And Interference Practice Conference
    - IPO Patent Quality Conference
    - Corporate Patent Department Management Roundtable
    - Demystifying §337 Investigations at the ITC Conference
    - ADR in the IP Context
- Board & Committees
- Membership
- Publications
- IPO's Corporate IP Career Bank ™
- IPO Education Foundation
- Member Login

E-mail address

Password

LOGIN

☐ Remember My Login
Forgot your password?
First Time Users Click Here

PRINTER FRIENDLY
EMAIL TO A FRIEND
UPDATE CONTACT INFORMATION
HELP

Home   Meetings & Events   Browse Past IPO and IPO Education Foundation Meetings & Events
National Inventor Of The Year Award

**PAST WINNERS**

2005 - Stuart B. Rosenblum, Sundeep Dugar, Duane A. Burnett, John W. Clader, and Brian A. McKittrick - Schering-Plough Corporation - for their development of Zetia® (ezetimibe) cholesterol medication.

2004 - James R. Weber and Scott A. Leman - Caterpillar Inc. - for their development of an air and fuel supply system designed to significantly reduce diesel emissions.

2003 - Warren M. Zapol and Claes Frostell - Massachussetts General Hospital - for their development of an innovative treatment for pulmonary vasoconstriction and asthma.

2002 - Nils U. Bang, Robert J. Beckmann, Brian W. Grinnell, Daniel L. Hartman, S. Richard Jaskunas, Mei-Hui T. Lai, Shila P. Little, George L. Long, Robert F. Santerre, and Sau-Chi Betty Yan - Eli Lilly and Co. - for the development of Xigris™, a biotech medicine treating adults with life-threatening, severe sepsis.

2001 - M. Patricia Beckmann, Raymond G. Goodwin, and Craig A. Smith - Immunex Corp. - a genetically engineered drug used to treat rheumatoid arthritis and other diseases.

2000 - Gail K. Naughton - Advanced Tissue Sciences - process to produce human organs for transplatation.

1999 - Curt I. Civin - Johns Hopkins University - invented a monoclonal antibody that binds to a substance in human stem cells for bone marrow transplant.

1998 - Patricia D. Murphy, Antonette C. Allen, Christopher P. Alvarez, Brenda S. Critz, Sheri J. Olson, Denise Thurber, and Bin Zeng - Oncormed, Inc. - gene sequence that enables testing for susceptibility to breast and ovarian cancer.

1997 - Dale J. Kempf, Daniel W. Norbeck, Hing L. Sham, and Chen Zhao - Abbott Laboratories - NORVIR®; Joseph P. Vaca, Bruce D. Dorsey, James P. Guare, M. Katherine Holloway and Randall W. Hungate - Merck & Co., Inc. - CRIXIVAN®. Both inventions are HIV protease inhibitors for treatment of AIDS.

1996 - William C. Atkinson, Robert P. Cloutier, Michael L. Wash, and Arthur A. Whitfield - Eastman Kodak Co. - system utilizing magnetic tracks on photographic film to store information.

1995 - Harold E. Aller, and Adam C. Hsu - Rohm and Haas Company - insecticide that mimics insect molting hormones of caterpillars.

1994 - Pak-Wing Chum, George W. Knight, Shih-Yaw Lai, James C. Stevens, and John R. Wilson - Dow Chemical Company - new family of plastics.



1993 - Gary H. Rasmusson and Glenn F. Reynolds - Merck & Co. - drug for treatment of benign prostate enlargement.

1992 - Francis P. Carrubba, John Cocke, Norman H. Kreitzer, and George Radin - IBM Corp. - Reduced Instruction Set Computing (RISC).

1991 - Harvey E. Cline, Charles L. Dumoulin, Howard R. Hart, Jr., and Steven P. Souza - General Electric Co. - phase-contrast magnetic resonance angiography.

1990 - Howard L. Benford, Gerald L. Holbrook, and Maurice B. Leising - Chrysler Corp. - electronically controlled automatic transmission.

1989 - David V. Goeddel, William J. Kohr, Diane Pennica, and Gordon A. Vehar - Genentech, Inc. - DNA sequence encoding human t-PA, a clot-dissolving drug for treating heart attack patients.

1988 - Alfred W. Alberts, Carl H. Hoffman, Richard L. Monaghan, and Georg Albers-Schonberg - Merck & Co. - lovastatin, a cholesterol-lowering drug.

1987 - Amar G. Bose and William R. Short - Bose Corp. - loudspeaker system employing a folded acoustic waveguide.

1986 - Leo S. Lin, Shji-Da Yu Lu, and David F. Mark - Cetus Corp. - "Cetus Interleukin-2", a genetically engineered drug.

1985 - Jewell L. Osterholm - Thomas Jefferson University - stroke treatment system.

1984 - Robert E. Fischell - Johns Hopkins University - Programmable Implantable Medication System.

1983 - Robert Jarvik - University of Utah - Jarvik Seven artificial heart.

1982 - Donald Asmus - independent inventor - device enabling paralyzed people to move about in an upright position.

1981 - Paul Macready - independent inventor - "Gossamer Condor," a human-powered flying device.

1980 - William A. Thornton, Jr. - work with lamps.

1979 - Barhbara S. Askins - auto-radiographic image enhancement process.

1978 - Gordon Gould - optically-pumped lasers.

1977 - Edward S. Bagley, William Doane, George F. Fanta, and Ollidene Weaver - "super slurper water absorbant."

1976 - Emmett N. Leith and Juris Upatneiks for contributions to holography.

1975 - Mario Puretic for a V-shaped pulley used with commercial fishing nets.

1974 - Byron B. Brenden for acoustical holograpy.

Intellectual Property Owners Association
1255 Twenty-Third St. N.W. • Suite 200 • Washington, D.C. 20037
tel: (202) 466-2396 • fax: (202) 466-2893 • email: info@ipo.org