# EXHIBIT C

coin, to create a new bulletin coin (rollcall 624); on motion to suspend the rules and pass, as amended, H.R. 3422, the Small Public Housing Authority Act (rollcall 625). Had I been present, I would have vote "yea" on all 3 measures.

---

## HONORING LUCY POPSON

### HON. RAÚL M. GRIJALVA
#### OF ARIZONA
#### IN THE HOUSE OF REPRESENTATIVES
*Wednesday, December 14, 2005*

Mr. GRIJALVA. Mr. Speaker, I rise before you today to recognize Lucy Popson, an outstanding teacher in our community. Mrs. Popson is the proud recipient of the Arizona Teacher of the Year Award for 2005.

The Teacher of the Year Award honors teachers that are not only exemplary in the classroom, but teachers that are involved in the community as well. Nominated teachers are identified as leaders by parents, students, and co-workers. They gain the admiration of everyone they work with, and their efforts on behalf of education are notable.

Lucy Popson exceeds these criteria. She is dedicated to her students and to her community, teaching at Walter Douglass Elementary school for 23 years, and third-grade for the past 11 years.

Mrs. Popson always makes sure her students are learning and she strives to make every student understand the material. She is a teacher that understands the different needs of students, teaching material in multiple styles to ensure that no student is left out in the learning process. Mrs. Popson strives to make her lessons fun and interesting. She is proud of her students and has a superior ability to help all her students achieve.

When Mrs. Popson was asked about her feelings upon receipt of the award, she stated, "This is a team effort . . . Teaching is not one person. It's a bunch of people working together." She brought this statement to life when she dedicated her award to all those who help her in the Plowing Wells School District.

Teaching is a talent that few possess and even fewer choose to pursue as a career. All teachers in our community need to be recognized for their enormous efforts to enrich the lives of children. It is teachers such as Lucy Popson who deserve awards for their daily achievement of helping students.

I honor Lucy Popson for her generosity, kindness, and compassion and thank her for committing herself to the profession of teaching.

---

## PERSONAL EXPLANATION

### HON. JIM McDERMOTT
#### OF WASHINGTON
#### IN THE HOUSE OF REPRESENTATIVES
*Wednesday, December 14, 2005*

Mr. McDERMOTT. Mr. Speaker, I was unable to be in Washington, DC, yesterday, and part of today. As a result I missed several votes. Had I been able to vote I would have voted in support of H. Res. 487, S. 1047, H. Res. 594, for the motion to recommit H.R. 3199, and against final passage of H.R. 3199. I would have voted against H.R. 3010.

---

## CONGRATULATIONS TO MARYVILLE HIGH SCHOOL'S RED REBEL FOOTBALL TEAM

### HON. JOHN J. DUNCAN, JR.
#### OF TENNESSEE
#### IN THE HOUSE OF REPRESENTATIVES
*Wednesday, December 14, 2005*

Mr. DUNCAN. Mr. Speaker, on December 3 of this year, the Maryville High School Red Rebel football team finished its season with an undefeated record of 15–0 as it became the 2005 Class 4A State champions. The Red Rebels defeated Melrose High School of Memphis, 23–10 at this year's championship game in Murfreesboro, TN. This victory gave Maryville its second straight State championship, its fifth championship in the past 6 years and its ninth Football State Championship overall.

At the beginning of the 2005 season, Maryville Coach George Quarles stated that it was his goal for each senior class to win a State championship. This particular senior class has not only achieved this goal set by Coach Quarles but they exceeded it. This group of seniors will leave Maryville High School having won three State Championships, completed each of its regular seasons undefeated and achieved an outstanding record of 58 wins to only 1 defeat. The Red Rebels became the first team in 10 years to finish consecutive seasons with an unblemished record.

I am proud of the Maryville Red Rebel football program as it has become a perennial powerhouse under Coach Quarles. Year in and year out, Coach Quarles has produced winners on and off the football field.

Mr. Speaker, I ask the readers of the CONGRESSIONAL RECORD and my fellow colleagues to join me in congratulating Head Coach George Quarles and the Maryville High School Red Rebel football team for their glorious victory. I also include the following news article printed in the Knoxville News Sentinel. The team's leadership, strength, and determination should be recognized by all, and their sportsmanship and dedication are at a level that should be followed by every high school team in this country.

[From the Knoxville News Sentinel, Dec. 11, 2005]

MARYVILLE, ALCOA HONORED FOR STATE CHAMPIONSHIPS

(By Brad Gaskins)

MARYVILLE.—John Reid and George Quarles know good high school football programs when they see 'em. Reid of Alcoa and Quarles of Maryville both won second consecutive state championships last weekend.

Their programs shared the stage in celebration Saturday morning at the amphitheater downtown, on what was proclaimed "Maryville Rebels and Alcoa Tornadoes Day" by the mayors of the respective cities.

The respect between the Blount County programs is more than mere chivalry.

"You think of Alcoa-Maryville, you think of enemies, or rivals," Quarles said. "And it certainly wasn't like that today. Both schools have a healthy amount of respect for one another."

"In their case," Reid said of Maryville, "good coaching is going on. We discuss things back and forth. Both staffs are dedicated to being good football teams."

Both proved how good last weekend in Murfreesboro. Maryville beat Memphis Melrose 23–10 in the Class 4A title game. In 2A, Alcoa beat Goodpasture 55–13.

Maryville mayor Joe Swann had a "unique" situation on his hands.

"A lot of people celebrate a state championship," Swann said. "These kids get a chance to celebrate together.

"They've both accomplished something that's really remarkable. It'll make for a lot of good conversations over the years between these boys as the grow up in this community."

It's that community, Alcoa senior running back and University of Tennessee commitment Dustin Lindsey said, that made all this possible.

"It's not only coaches and players, it's people in general," he said. "We've got a wonderful community that's backing us up, and people that love each other."

The community wasn't cheering the night of Nov. 29, 2003. Both teams were eliminated from the playoffs in semifinal losses.

Since then, neither team has lost to a team outside Blount County. Maryville went undefeated and handed Alcoa its only two losses. Combined record: 58–2.

"I think that says about all you need to say about it," Quarles said. "There's good football in Blount County."

"In this size of a county," Reid said, "to be carrying around four state championship balls is unbelievable."

Three years ago, Reid became Alcoa's coach, wondering if the Tornadoes would ever win a game. They've lost just six.

"How lucky can you get?" Reid asked aloud. "And that's part of it."

"It seems so incredible that 365 days have gone by this fast," Reid said of last year's celebration. "It's a tremendous amount of work to get here, and I think that's one of the things that gets overlooked at times."

Alcoa was expected to win it all this year. Maryville was not, but still won its fifth title in 6 years. What was most fulfilling?

"The fact that a lot of people didn't give us much chance," Quarles said. "We lost so many players from last year's team, but these kids refused to listen to other people.

"They wanted to make sure that they gave themselves every opportunity to hopefully win a state championship."

Thirty minutes after the ceremony, Quarles was fielding his last question from reporters. He waved at a passing jogger where the crowd had stood, and offered one last pep talk to players of both teams:

"If you've watched the movie 'Friday Night Lights,' you see people who live in the past, where the greatest thing that ever happened to them was a state championship," he said. "I don't want this to be the best thing that ever happens to these kids. I want them to take what they've learned in football and be successful in life.

"Be a good dad, a good husband, a leader in the community—all those things. Don't let this be the high water mark. A lot of people live in the past. That's a mistake."

---

## SPECIAL TRIBUTE TO DR. ROBERT E. FISCHELL

### HON. BENJAMIN L. CARDIN
#### OF MARYLAND
#### IN THE HOUSE OF REPRESENTATIVES
*Wednesday, December 14, 2005*

Mr. CARDIN. Mr. Speaker, I rise today to pay special tribute to Dr. Robert E. Fischell, a mechanical engineer, biomedical engineer, inventor, physicist, researcher and teacher. Robert Fischell is one of the brightest, most accomplished people I have ever met.

Let me tell you a little bit about his career. After graduating cum laude from Duke University in 1951 with a degree in mechanical engineering, Bob earned a Masters degree in

physics from the University of Maryland, where he also holds an honorary Doctor of Science degree.

In 1959, he went to work for the Johns Hopkins Applied Physics Lab (APL), where he developed a number of inventions dealing with the control of satellites. His work at APL has led to numerous awards, including the IR–100 Award which is presented annually for the 100 most significant inventions. He has won this honor twice; once in 1970 for a rechargeable pacemaker, and again in 1973 for a drag-free satellite.

Dr. Fischell holds nearly 200 U.S. and international patents. His inventions—which include an implantable insulin pump, a rechargeable pacemaker, a flexible stent for placement in coronary arteries, and a microminiaturized computer that can be implanted to prevent epileptic seizures—have changed the practice of medicine and saved hundreds of thousands of lives.

On December 19, the University of Maryland at College Park is announcing the establishment of the Fischell Department of Bioengineering and the Robert E. Fischell Institute for Biomedical Devices.

I urge my colleagues in the U.S. House of Representatives to join me in honoring Robert E. Fischell, an innovative American inventor who has made enormous contributions to medicine, space discovery and higher education.

___

COMMEMORATING THE JAVITS-WAGNER O'DAY PROGRAM

HON. JACK KINGSTON
OF GEORGIA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, December 14, 2005*

Mr. KINGSTON. Mr. Speaker, I wish to commemorate the Javits-Wagner O'Day program (JWOD) on the service they provide to thousands of individuals.

The JWOD program is the single largest source of employment for individuals who are blind or have severe disabilities. This program employs more than 45,000 people. The JWOD program trains persons with disabilities to acquire job skills that will be resourceful in their everyday lives. With these skills and training, a participant in this program can receive wages and benefits thereby gaining a greater independence and quality of life.

In my district in Georgia, there is a JWOD program named Happy Hour that exemplifies the good work that this organization is built upon. Happy Hour employs 170 disabled individuals and gives them an opportunity to contribute to their communities. Executive Director Steve Smith and Community Relations Manager Bob Wilbanks lead an office of 90–100 hard working staffers along with many volunteers who are all dedicated to ensuring each person reaches a common goal.

Happy Hour has a working relationship with Robins Air Force Base. Through this relationship Happy Hour participants are able to help the government and save taxpayers money. A few of the projects that help Robins Air Force Base is Robin's Recycling, respiratory cleaning and repair, tool die numbering, and aircraft sorting. Though they may seem minor, without Happy Hour, workers who do these tasks at Robins AFB would have a much harder time operating.

___

CONGRATULATING WOMEN IN GOVERNMENT RELATIONS ON ITS 30TH ANNIVERSARY

HON. DEBORAH PRYCE
OF OHIO
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, December 14, 2005*

Ms. PRYCE of Ohio. Mr. Speaker, I rise, today to honor an organization that has been a staple of empowerment for Washington, D.C. women who serve in the field of government relations.

This year is the 30th anniversary of Women in Government Relations. WGR is a nonpartisan organization that educates and advances women in this field. WGR helps women be smarter, stronger, and more influential in the work they do.

Surprisingly, the field of government relations is fairly new to women. In fact, WGR was founded only about 30 years ago when women were struggling to network in a male-dominated field.

I honor WGR today because it provides educational and networking opportunities for its members and the community. These women serve our country by representing public interest groups; federal, state and local government; corporations; trade associations; and many others.

I am proud to say that I join many of my colleagues here in Congress as an honorary member of WGR. I rise to applaud WGR and encourage the organization to continue its important mission of advancing and empowering women.

Congratulations to WGR for its service to our nation for the past 30 years and for many more years to come.

___

HONORING DR. KATRINA POE

HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, December 14, 2005*

Mr. THOMPSON of Mississippi. Mr. Speaker, I would like to recognize an outstanding family physician, Dr. Katrina Poe.

Dr. Katrina Poe, 35, is being recognized by Staff Care Incorporated, an insurance company that provides short-term coverage to physicians as "Country Doctor of the Year." This national honor is awarded to a "doctor who has dedicated his or her life career to serving rural communities. Dr. Poe, a family physician at the Greenwood Leflore Hospital's Kilmichael Clinic, also serves as chief of staff at the Kilmichael hospital.

Since fifth grade, Dr. Poe, a native of Kilmichael, Mississippi wanted to become a physician. She graduated from Kilmichael High School in 1988 and went on to earn a bachelor's degree in biology from Mississippi State University in 1992. Dr. Poe attended medical school at the University Medical Center in Jackson, MS. Only two months after completing her residency training at UMC in June 2001, she began officially serving the people of Kilmichael where she spent several summers assisting Dr. L.C. Henison.

Dr. Poe, who was nominated by Nurse Linda Turner of the Kilmichael Clinic collected and submitted testimonials from patients to the Staff Care nominating committee citing the physician's devotion to the town and its residents. She has an average patient caseload per week of 250, a successful practice of 5,000 patients and works an average of 80 hours per week. The nationally renowned "Country Doctor of the Year" award includes a signature plaque that features an illustration of a physician making his rounds by horse and buggy. In addition, Dr. Poe will be provided with a "fill-in" physician for one week at no charge.

Dr. Poe has received numerous awards and recognition which include being named Business and Professional Woman of the Year, Winona Times; Family Medicine Assistant Chief Resident, University of Mississippi Medical Center; CIBA-Geigy Community Service Award, University of Mississippi School of Medicine and; Cultural Diversity Academic Achievement Award.

Dr. Poe, a shining example of Kilmichael County's finest, has garnered the personal and professional respect of her community, patients and colleagues and is worthy of this auspicious award. I commend Dr. Poe, the "Country Doctor of the Year" and wish her continued success.

___

H.R. 4297, THE TAX RELIEF EXTENSION RECONCILIATION ACT

SPEECH OF
HON. DENNIS MOORE
OF KANSAS
IN THE HOUSE OF REPRESENTATIVES

*Thursday, December 8, 2005*

Mr. MOORE of Kansas. Mr. Speaker, I rise today to express my opposition to H.R. 4297, the FY05 tax reconciliation bill.

I do not oppose tax cuts, and in a more stable fiscal climate I could support reduced tax rates for capital gains and dividend income. What I do oppose is borrowing money to pay for tax cuts, and particularly for tax cuts that do not expire for another three years.

In 2001, I was one of only 28 House Democrats to vote for President's Bush's 2001 tax cuts that reduced marginal income tax rates. Since 2001, however, our country's fiscal condition has dramatically reversed course. In 2001, the Congressional Budget Office (CBO) predicted that the 10-year budget surplus would be $5.6 trillion. That projected 10-year surplus of $5.6 trillion has deteriorated into a projected $3.9 trillion deficit during the same period. In FY2005, the Federal Government ran a budget deficit of $319 billion, the third largest deficit in our Nation's history.

Further, on February 17, 2004, the national debt of the United States exceeded $7 trillion for the first time in our country's history. On October 21, 2005, the national debt of the United States exceeded $8 trillion for the first time in our country's history. That is an increase of $1 trillion in our national debt over the last 2 years. It took our country 193 years, from 1787 to 1980, to rack up $1 trillion in debt, and just under two years, from 2004–2005, to match that level of borrowing.

An $8 trillion national debt comes down to nearly $27,000 per person in our country, and that is simply unacceptable. The first rule of holes is that when you're in a hole and you don't want to go deeper, stop digging. It is now past time that we stop digging our country deeper and deeper into debt, leaving our