# EXHIBIT A

Case 1:98-cv-00197-SLR   Document 328-2   Filed 12/13/2006   Page 1 of 5

26020982069

## SCHEDULE A (FEC Form 3)
### ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: PAGE 238 / 479
(check only one)
[X] 11a  [ ] 11b  [ ] 11c  [ ] 11d
[ ] 12   [ ] 13a  [ ] 13b  [ ] 14   [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
Ben Cardin for Senate

---

**A.** Full Name (Last, First, Middle Initial)
David M. Imre
Mailing Address: 16995 Gerling Road
City: Monkton   State: MD   Zip Code: 21111
FEC ID number of contributing federal political committee: C
Name of Employer: Imre Communications
Occupation: Marketing
Receipt For: 2006
[X] Primary  [ ] General  [ ] Other (specify)
Election Cycle-to-Date: 250.00

Date of Receipt: 10 / 18 / 2005
Transaction ID: C3251558
Amount of Each Receipt this Period: 250.00
[ ] Limit Increased Due to Opponent's Spending (2 U.S.C. 441a(i)/441a-1)

---

**B.** Full Name (Last, First, Middle Initial)
Benjamin L. Green
Mailing Address: 3514 Anton Farms Rd
City: Baltimore   State: MD   Zip Code: 21208-1703
FEC ID number of contributing federal political committee: C
Name of Employer: B. Green
Occupation: Grocer
Receipt For: 2006
[X] Primary  [ ] General  [ ] Other (specify)
Election Cycle-to-Date: 2000.00

Date of Receipt: 10 / 18 / 2005
Transaction ID: C3251569
Amount of Each Receipt this Period: 1000.00
[ ] Limit Increased Due to Opponent's Spending (2 U.S.C. 441a(i)/441a-1)

---

**C.** Full Name (Last, First, Middle Initial)
Robert E. Fischell
Mailing Address: 14600 Viburnum Dr
City: Dayton   State: MD   Zip Code: 21036-1247
FEC ID number of contributing federal political committee: C
Name of Employer: Fischell Enterprises
Occupation: Owner
Receipt For: 2006
[X] Primary  [ ] General  [ ] Other (specify)
Election Cycle-to-Date: 2100.00

Date of Receipt: 12 / 20 / 2005
Transaction ID: C3262549
Amount of Each Receipt this Period: 2100.00
[ ] Limit Increased Due to Opponent's Spending (2 U.S.C. 441a(i)/441a-1)

---

SUBTOTAL of Receipts This Page (optional) ▶ 3350.00

TOTAL This Period (last page this line number only) ▶

FEC Schedule A (Form 3) Rev. 03/2003

26020982069

F.E.C. IMAGE 26020982069 (Page 239 of 477)

## SCHEDULE A (FEC Form 3) ITEMIZED RECEIPTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: PAGE 186 / 523
(check only one)
[X] 11a  [ ] 11b  [ ] 11c  [ ] 11d
[ ] 12   [ ] 13a  [ ] 13b  [ ] 14   [ ] 15

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

**NAME OF COMMITTEE (In Full)**
Ben Cardin for Senate

---

**A.** Full Name (Last, First, Middle Initial): Robert E. Fischell
Mailing Address: 14600 Viburnum Dr
City: Dayton    State: MD    Zip Code: 21036-1247
FEC ID number of contributing federal political committee: C
Name of Employer: Fischell Enterprises
Occupation: Owner
Receipt For: 2006  [ ] Primary  [X] General  [ ] Other (specify)
Election Cycle-to-Date: 4100.00

Date of Receipt: 03 / 31 / 2006
Transaction ID: C3269825
Amount of Each Receipt this Period: 2000.00
[ ] Limit Increased Due to Opponent's Spending (2 U.S.C. 441a(i)/441a-1)

---

**B.** Full Name (Last, First, Middle Initial): Herbert Dodell
Mailing Address: 29958 Medea Mesa Rd
City: Agoura    State: CA    Zip Code: 91301-2745
FEC ID number of contributing federal political committee: C
Name of Employer: Dodell Law
Occupation: Attorney
Receipt For: 2006  [X] Primary  [ ] General  [ ] Other (specify)
Election Cycle-to-Date: 1000.00

Date of Receipt: 03 / 21 / 2006
Transaction ID: C3285305
Amount of Each Receipt this Period: 1000.00
[ ] Limit Increased Due to Opponent's Spending (2 U.S.C. 441a(i)/441a-1)

---

**C.** Full Name (Last, First, Middle Initial): Judy Cohen
Mailing Address: 602 Saint Francis Rd
City: Baltimore    State: MD    Zip Code: 21286-1435
FEC ID number of contributing federal political committee: C
Name of Employer: N/A
Occupation: Homemaker
Receipt For: 2006  [X] Primary  [ ] General  [ ] Other (specify)
Election Cycle-to-Date: 300.00

Date of Receipt: 03 / 21 / 2006
Transaction ID: C3285345
Amount of Each Receipt this Period: 200.00
[ ] Limit Increased Due to Opponent's Spending (2 U.S.C. 441a(i)/441a-1)

---

SUBTOTAL of Receipts This Page (optional) ▶ 3200.00

TOTAL This Period (last page this line number only) ▶

FEC Schedule A (Form 3) Rev. 02/2003