IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-197-SLR |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, and SCIMED LIFE SYSTEMS, INC. | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiff Cordis Corporation*

*Of Counsel:*

Gregory L. Diskant
William F. Cavanaugh, Jr.
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

Theodore B. Van Itallie, Jr.
Eric I. Harris
Paul A. Coletti
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

Dated: December 14, 2006
176081.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Josy W. Ingersoll, Esq.<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE  19801 | VIA ELECTRONIC MAIL |
| Arthur D. Gray, Esq.<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY   10004 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*
_____
Steven J. Balick