# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH

JANET Z. CHARLTON
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN

JOSEPH M. BARRY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
KARA HAMMOND COYLE
KRISTEN SALVATORE DePALMA
MARGARET M. DiBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
IAN S. FREDERICKS
JAMES J. GALLAGHER
SEAN T. GREECHER
STEPHANIE L. HANSEN
DAWN M. JONES
KAREN E. KELLER
JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
JOHN C. KUFFEL
KAREN LANTZ
TIMOTHY E. LENGKEEK

ANDREW A. LUNDGREN
MATTHEW B. LUNN
JOSEPH A. MALFITANO
ADRIA B. MARTINELLI
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
EDMON L. MORTON
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
SETH J. REIDENBERG
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
  (NJ & PA ONLY)
MONTE T. SQUIRE
MICHAEL P. STAFFORD
CHAD S.C. STOVER
JOHN E. TRACEY
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
PATRICIA A. WIDDOSS

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6554
DIRECT FAX: (302) 576-3467
kkeller@ycst.com

July 20, 2007

BY CM/ECF

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

  Re: *Cordis Corp. v. Boston Scientific Corp.*, C.A. No. 98-197-SLR

Dear Judge Robinson:

  I write on behalf of Boston Scientific in response to Cordis's July 11, 2007 letter submitting the new case of *Young v. Lumenis*, ___ F.3d ___, 2007 WL 1827845 (Fed. Cir. June 27, 2007) as supplemental authority. D.I. 332.

  Cordis argues that *Young* now enables it to distinguish the "cure" standard of *Rohm & Haas Co. v. Crystal Chemical Co.*, 722 F.2d 1556 (Fed. Cir. 1983), because *Young* distinguished *Rohm & Haas* on the grounds that *Rohm & Haas* "involved a false affidavit, rather than a non-disclosure, and [*Young*] further held that the cure for a prior omission is a timely submission. *Young* at *10-11." D.I. 332 at 1.

  Cordis's reliance on *Young* is misplaced. Unlike *Young*, this is not a case that involved only non-disclosure of material information which could be cured by later disclosing the information in time for the examiner to consider it. *Young*, 2007 WL 1827845 at *10-*11. Dr. Fischell did not merely intentionally withhold the Hillstead reference during the parent '312 prosecution. He also repeatedly and falsely told the examiner that the prior art did not disclose the undulating longitudinal feature that was critical to patentability, when, in fact, that feature

YOUNG CONAWAY STARGATT & TAYLOR, LLP

The Honorable Sue L. Robinson
July 20, 2007
Page 2

was admittedly disclosed by Hillstead. After the examiner relied on those false arguments to allow the '312 claims, Dr. Fischell and Cordis did nothing during the continuation '370 prosecution to correct the impact of those false arguments on the examiner. They did not tell the examiner that Hillstead disclosed undulating longitudinals or that Dr. Fischell's previous arguments were false. Instead, they buried Hillstead among some sixty references, remained silent, and let the examiner continue to believe that undulating longitudinals were not disclosed in the prior art. In view of the examiner's prior reliance on the earlier false arguments, this cryptic disclosure of Hillstead could not and did not cure the prior inequitable conduct. *See* D.I. 324 at 22-25; D.I. 328 at 10-14.

Thus, the facts of this case are not like those of *Young*. Rather, they are much closer to those of *Rohm & Haas*, which involved an earlier misrepresentation on which the examiner had previously relied to allow claims. 722 F.2d at 1572. As the Federal Circuit explained in *Rohm & Haas*, the impact of such a misrepresentation cannot be cured by "merely suppl[ying] the examiner with accurate facts without calling his attention to the untrue or misleading assertions sought to be overcome, leaving him to formulate his own conclusions." *Id.*

Indeed, the Federal Circuit recognized the applicability of *Rohm & Haas* and the fact that this case did not involve only non-disclosure when it cited *Rohm & Haas* and specifically instructed this Court on remand to address "whether, in light of the context in which the Hillstead patent was disclosed and the applicant's characterization of the prior art, that disclosure failed to cure the taint." *Cordis Corp. v. Boston Scientific Corp.*, 2006 U.S. App. LEXIS 16621, *14-*15 (Fed. Cir. June 29, 2006) (citing 722 F.2d at 1572-73).

Respectfully submitted,

/s/ *Karen E. Keller*

Karen E. Keller (#4489)

cc:  Clerk of the Court (by CM/ECF and hand delivery)
Steven J. Balick, Esq. (by CM/ECF and electronic mail)
Eugene M. Gelernter, Esq. (by electronic mail)
George E. Badenoch, Esq. (by electronic mail)

DB01:2427605.1

054152.1001