IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 98-197-SLR ) |
| BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC., | ) ) ) ) |
| Defendants. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of August 10, 2009;

IT IS ORDERED that U.S. Patent Nos. 5,643,312 and 5,879,370 are not unenforceable by reason of inequitable conduct.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiff, Cordis Corporation, and against defendants Boston Scientific Corporation and Scimed Life Systems, Inc. on this issue.

_____
United States District Judge

Dated: 8/11/2009

_____
(By) Deputy Clerk